IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID KETCHUM, | ) | CASE NO. 3:14CV2752 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed February 25, 2016, the Court AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED.**

s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge

Date:  February 25, 2016.